**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAN'ELLE HUGHES,

        Plaintiff,

v.                                          Case No.: 6:22-cv-2094-WWB-RMN

SCHOOL BOARD OF SEMINOLE
COUNTY, FLORIDA,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Response to the Court's Order to Show Cause (Doc. 27). On July 6, 2023, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report within the allotted time. (Doc. 25 at 1). The Court further ordered Plaintiff to file the joint Case Management Report on or before July 19, 2023. (*Id.*). In her Response, Plaintiff indicates her ability to correspond has been "grossly impaired" due to injuries she sustained from a car accident on March 20, 2023, and requests "access via the electronic portal to facilitate any further delay." (Doc. 27 at 1). Plaintiff did not, however, file the Case Management Report as ordered, nor did she request an extension to do so or otherwise acknowledge this outstanding obligation.[1] Plaintiff was cautioned that failure to comply with any Local Rule or orders of this Court could result in dismissal of this case without further notice. (Doc. 4).

---

[1] The Court further notes that Defendant made numerous attempts to confer with Plaintiff and even provided a proposed Case Management Report to Plaintiff. (*See generally* Doc. 17).

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party